FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D18-1624
_____

DOMINIC ANDERSON,

Appellant,

v.

STATE OF FLORIDA

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

September 9, 2019

PER CURIAM.

AFFIRMED.

LEWIS, B.L. THOMAS, and ROBERTS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Andy Thomas, Public Defender, Jasmine Russell, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tabitha Herrera, Assistant Attorney General, Tallahassee, for Appellee.